

# IN THE
## TENTH COURT OF APPEALS

### No. 10-18-00109-CR

**JIMMY JOSEPH NEWELL,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 54th District Court**
**McLennan County, Texas**
**Trial Court No. 2017-1307-C2**

## MEMORANDUM OPINION

Jimmy Joseph Newell appeals the trial court's Order denying Newell's Motion to Rescind Withdrawal Notification.

The right of appeal in criminal cases is conferred by the Legislature, and a party may appeal only from judgments of conviction or interlocutory orders authorized as appealable. *See* TEX. CODE CRIM. PROC. ANN. art. 44.02 (West 2006); TEX. R. APP. P. 25.2(a)(2). We do not have jurisdiction to review interlocutory orders unless jurisdiction

has been expressly granted by law. *Apolinar v. State*, 820 S.W.2d 792, 794 (Tex. Crim. App. 1991). *See also Abbott v. State*, 271 S.W.3d 694, 696-97 (Tex. Crim. App. 2008) ("The standard for determining jurisdiction is not whether the appeal is precluded by law, but whether the appeal is authorized by law."). The order about which Newell complains is not a final conviction, and there is no statutory authorization to appeal the denial of a motion to rescind. Accordingly, we have no jurisdiction of this appeal, and it must be dismissed.

Even if we had jurisdiction over such an order, Newell's notice of appeal is untimely. Newell was required to file his notice of appeal within 30 days after the day the trial court rendered the order. *See* TEX. R. APP. P. 26.2(a)(1). His notice of appeal was due on March 21, 2018. It was not filed until March 23, 2018. We have no jurisdiction of an untimely appeal, and this appeal must be dismissed. *See Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996) (no appellate jurisdiction where notice of appeal is untimely).

Notwithstanding that we are dismissing this appeal, Newell may file a motion for rehearing with this Court within 15 days after this opinion and judgment are rendered if Newell believes this opinion and judgment are erroneously based on inaccurate information or documents. *See* TEX. R. APP. P. 49.1. Moreover, if Newell desires to have the opinion and judgment of this Court reviewed by filing a petition for discretionary review, that petition must be filed with the Court of Criminal Appeals within 30 days

after either the day this Court's judgment is rendered or the day the last timely motion for rehearing is overruled by this Court. *See* TEX. R. APP. P. 68.2(a).

For the reasons stated, this appeal is dismissed.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
　　　Justice Davis, and
　　　Justice Scoggins
Appeal dismissed
Opinion delivered and filed April 4, 2018
[CR25]

